IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10149
Conference Calendar

_____

JIM LOPEZ, a/k/a Santiago C. Lopez, Jr.,

Plaintiff-Appellant,

versus

TOM GREEN COUNTY, TX.; SAN ANGELO, TEXAS, CITY OF, and its
Local Government Officials,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:95-CV-056-C
- - - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jim Lopez (#427372) appeals the dismissal of his civil

rights action as frivolous. Lopez' claims against several state

judges should have been dismissed under the doctrine of absolute

immunity. See Boyd v. Biggers, 31 F.3d 279, 284 (5th Cir. 1994).

Lopez does not deny that his complaint challenges the fact of his

confinement. Lopez has failed to demonstrate that the district

court abused its discretion in dismissing Lopez' remaining claims

_____

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

under the rule in <u>Heck v. Humphrey</u>, 114 S. Ct. 2364 (1994). <u>See</u> 28 U.S.C. § 1915(d), now § 1915(e)(2)(B)(i). Because the appeal is frivolous, it is DISMISSED. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. Rule 42.2. Lopez' motion to expedite the appeal is DENIED AS MOOT.

We caution Lopez that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Lopez is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED. SANCTION WARNING ISSUED.